

# Court of Appeals
## Sixth Appellate District of Texas

## J U D G M E N T

Daniel Herrera and Imelda Herrera, and/or
All Occupants of 316 Alamo Road,
Lockhart, Texas 78644, Appellants

No. 06-15-00081-CV        v.

Bank of America, N.A., Appellee

Appeal from the County Court at Law of
Caldwell County, Texas (Tr. Ct. No. 5965).
Memorandum Opinion delivered by Justice
Moseley, Chief Justice Morriss and Justice
Burgess participating.

As stated in the Court's opinion of this date, we find no error in the judgment of the court below.  We affirm the judgment of the trial court.

We further order that the appellants pay all costs of this appeal.

RENDERED JULY 7, 2016
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk